Order issued January 15, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01194-CR

**CARLOS OCHOA CASTILLO, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

---

## ORDER

Before Justices Moseley, Francis, and Lang

Based on the Court's opinion of this date, we **GRANT** the May 15, 2012 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Carlos Ochoa Castillo, No. 1741759, Wynne Unit, 810 FM 2821, Huntsville, Texas, 77349.

JIM MOSELEY
JUSTICE